**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. JOHNSON, JR., | No. C 08-5148 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT L. AYERS, *et al.*, | |
| Respondents. | |

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 27, 2009

SUSAN ILLSTON
United States District Judge